## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **JOHN KALEB GILLESPIE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 5:19-cv-1953-LCB-JEO** |
| | ) | |
| **SGT. SETH HAZEN,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

On March 4, 2020, U.S. Magistrate Judge John E. Ott issued a Report and Recommendation (R&R) in accordance with 28 U.S.C. § 636(b)(1) recommending that all claims, except for the failure-to-protect–excessive-force claim brought against Officer Cowman, be dismissed without prejudice, and further recommending that the remaining claims be referred to the Magistrate Judge for action consistent with this order (Doc. 10). Plaintiff filed no objections.

When a party objects to a portion of a Magistrate Judge's report or proposed findings or recommendations, the District Court must conduct a de novo review of those portions of the report to which the party has specifically objected. 28 U.S.C. § 636(b)(1). The Court reviews the unchallenged portions of the Magistrate Judge's report for clear error. *See LoConte v. Dugger*, 847 F.2d 745, 750 (11th Cir. 1988).

Having conducted a clear-error review of the proposed findings and

recommendations, the Court concludes that the Magistrate Judge's Report and Recommendation (Doc. 10) should be **ACCEPTED** and hereby **ADOPTS** it as the findings of the Court.

Accordingly, all claims but the failure-to-protect–excessive-force claim against Officer Cowman are **DISMISSED WITHOUT PREJUDICE**, and Sgt. Seth Hazen, Lt. Danny Kelso, and Cor. Bandon Overton as **TERMINATED** as Defendants in this action.

**DONE** and **ORDERED** this April 21, 2020.

**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE